1  Jeffrey J. Goulder (010258)
   Jacob A. Hecker (024958)
2  **STINSON MORRISON HECKER LLP**
   1850 North Central Avenue, Suite 2100
3  Phoenix, Arizona 85004-4584
   Tel: (602) 279-1600
4  Fax: (602) 240-6925
   Email:  jgoulder@stinson.com
5          jhecker@stinson.com
   Attorneys for Plaintiff
6
                    **UNITED STATES DISTRICT COURT**
7
                          **DISTRICT OF ARIZONA**
8
9  BMO HARRIS BANK, N.A., a national          No. 2:13-CV-01692-LOA
   banking association,
10                                            **MOTION FOR ALTERNATIVE**
                  Plaintiff,                  **SERVICE**
11  v.

12  D.R.C. INVESTMENTS, L.L.C., an
    Arizona corporation; LONGO CUSTOM
13  HOMES, LLC, an Arizona corporation;
    RUSSELL J. LONGO and PATRICIA
14  LONGO, husband and wife,

15                Defendants.

16

17        Plaintiff BMO Harris Bank, N.A. ("BMO") moves this Court, pursuant to Fed. R. Civ.

18  P. 4(e)(1) and 4(h)(1), and Ariz. R. Civ. P. 4.1(m) and (k), for an order permitting it to serve

19  the Defendants by alternative means.  Specifically, BMO respectfully requests this Court to

20  authorize BMO to serve the Summons, Complaint, and the Order Authorizing Alternative

21  Service by (1) First Class U.S. Mail, and (2) affixing a copy of each of these items to the front

22  door of Russell J. Longo's and Patricia Longo's residence located at 3017 W. Trapanotto

23  Road, Phoenix, Arizona 85086.

24        This case concerns D.R.C. Investments, L.L.C. ("DRC"), Longo Custom Homes, LLC

25  ("LCH"), and Russell J. Longo and Patricia Longo, husband and wife (the "Longos").

26  According to the Arizona Corporation Commission, DRC's statutory agent is Bernard M.

27  Rethore, and both its domestic address and statutory agent's address is 2035 N. 51st Avenue,

28  Building 10, Suite 176, Glendale, Arizona 85308.  Russell J. Longo is the sole identified

1    member of DRC.  LCH's statutory agent is Russell James Longo, and both its domestic

2    address and statutory agent's address is 2035 N. 51st Avenue, Building 10, Suite 176,

3    Glendale, Arizona 85308.  Russell J. Longo is the sole identified member of LCH.  Upon

4    information and belief, prior to June 4, 2013, Russell J. Longo's and Patricia Longo's

5    residential address was 1207 E. Magellan Drive, New River, Arizona 85087.  According to

6    Arizona Department of Transportation, Motor Vehicle Division records, the Longos' current

7    residence is located at 3017 W. Trapanotto Road, Phoenix, Arizona 85086.  *See* ADOT MVD

8    Longo Records, attached as Ex. A.

9         Efforts to secure service upon Defendants have proven impracticable, and it is likely

10   that Defendants are evading service.  *See* Certificates of Attempted Service, collectively

11   Attached as Ex. B.   Attempts to serve DRC and LCH at their listed addresses were

12   unsuccessful as the listed address is currently a different unrelated new business, and is no

13   longer the office for either DRC or LCH.  *See Id.*  Attempts to serve the Longos at their New

14   River, Arizona address were unsuccessful because that residence was sold to Lorie Anderson

15   and Wade Anderson.  *See Id.*  Lorie Anderson provided BMO's process server the Longos'

16   new Phoenix, Arizona address, which the ADOT MVD records confirm.  *Id.*; *see* Ex. A.

17   Plaintiff BMO attempted personal service upon all Defendants on five (5) separate occasions at

18   varying times of the day and night.[1]   *See* Ex. B.   Two vehicles, one registered to Russell

19   Longo, were present during every service attempt at the Longos' Phoenix, Arizona address.  *Id.*

20   Based on BMO's numerous service attempts, it is apparent that no one at the 3017 W.

21   Trapanotto Road, Phoenix, Arizona 85086 residence will answer the door to accept service of

22   process.

23        An order permitting alternate service is appropriate once BMO establishes that service

24   by traditional means has proven "impracticable."  *See* Ariz. R. Civ. P. 4.1(m).  To show

25   impracticability, it is not necessary to show "due diligence;" instead, it is only necessary to

26

27   [1] Pursuant to Fed. R. Civ. P. 4(1)(B) and Ariz. R. Civ. P. 4.1(k), service upon DRC and LCH may be effectuated by serving an officer, managing, or general agent of the entities.  As previously mentioned, Russell J. Longo is a member of both DRC and LCH, and is also the registered statutory agent of LCH.

28

2

1   show "that service of process through the usual means would have been 'extremely difficult or

2   inconvenient.'" *Blair v. Burgener*, 226 Ariz. 213, 218-19, 245 P.3d 898, 903-04 (App. 2010).

3   BMO has established service by traditional means is impracticable. *See* Ex. B.  The Court may

4   grant alternate service on BMO's motion, without notice to the Defendants. *See* Ariz. R. Civ.

5   P. 4.1(m).

6        Accordingly, notice by First Class U.S. Mail, and affixing copies of the Summons,

7   Complaint and the Order Authorizing Alternative Service to the front door of the Longos'

8   residence located at 3017 W. Trapanotto Road, Phoenix, Arizona 85086, will assure that actual

9   notice of the commencement of this action will be provided to all Defendants.  These methods

10   are reasonably calculated to apprise Defendants Russell J. Longo individually, and as

11   authorized member of both DRC and LCH, and Patricia Longo individually, of the pendency

12   of this action, and to afford them an opportunity to present their objections. *Mullane v. Cent.*

13   *Hanover Bank & Trust Co.*, 339 U.S. 306, 314-15 (1950).

14        For the Court's convenience, a proposed form of Order has been simultaneously

15   submitted.

16        RESPECTFULLY SUBMITTED this 6th day of September 2013.

17                             **STINSON MORRISON HECKER LLP**

19               By:  s/ Jacob A. Hecker

20                   Jeffrey J. Goulder
                Jacob A. Hecker

21                   1850 North Central Avenue, Suite 2100
                Phoenix, Arizona 85004-4584

22                   Attorneys for Plaintiff

3

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on September 6, 2013, I caused the foregoing document to be filed

3   electronically with the Clerk of Court through ECF.

4

5

6

7                                                s/ Misty Smith

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              4

DB04/0807901.0484/9426269.1