# EXHIBIT A

**Name:** RUSSELL JAMES LONGO

**License:** B13872450
**DOB:** 05/22/1970

**Address:**
3017 W TRAPANOTTO RD
PHOENIX, AZ 85086

**Sex:** M    **Height:** 601
**Eyes:** BRO  **Weight:** 190



Image Date: 6/30/2004 8:26:15 AM

ADOT This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444.

```
ARIZONA NON-RESTRICTED        FOR PAST TEN YEARS  AS OF 08/27/2013 EEE0313
MOTOR VEHICLE RECORD                                RECORD SECTION 01 OF 06
THIS DOCUMENT IS A CERTIFIED DUPLICATE OF THE INFORMATION CONTAINED IN THE
COMPUTER STORAGE DEVICES OF THE DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE
DIVISION, IN ACCORDANCE WITH ARIZONA REVISED STATUTES SECTION 28-444.


NAME                                    CLS    DOB      CUSTOMER#
RUSSELL,JAMES,LONGO                      D  05221970   B13872450
EXP DATE   ISS DATE      WGT EY HGT HR SEX
05222035   04022007      190 BR 601 BR  M
STREET                                  CITY                    ST ZIP  CTRY
3017 W TRAPANOTTO RD                    PHOENIX                 AZ 85086 US
MAILING ADDRESS                         CITY                    ST ZIP  CTRY


RESTRICTIONS:  NONE

ENDORSEMENTS:  NONE

OTHER NAMES
RUSSELL,J,LONGO

CURRENT ADDRESS CHANGE DATE: 06042013 SOURCE DOC: SERVICEARIZONA TRANSACTION
******************************* END OF PAGE 01 *******************************




 MVR FOR PAST TEN YEARS                             AS OF 08/27/2013
RUSSELL,JAMES,LONGO                                 RECORD SECTION 02 OF 06
THIS DOCUMENT IS A CERTIFIED DUPLICATE OF THE INFORMATION CONTAINED IN THE
COMPUTER STORAGE DEVICES OF THE DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE
DIVISION, IN ACCORDANCE WITH ARIZONA REVISED STATUTES SECTION 28-444.




3017 W TRAPANOTTO RD                    PHOENIX                    AZ 85086
ADDRESS HISTORY CHANGE DATE: 06042013 SOURCE DOC: CHG OF ADDRESS NOTICE/LETTER
3017 W TRAPANOTTO RD                    PHOENIX                    AZ 85086
MAILING HISTORY CHANGE DATE: 07022012 SOURCE DOC: CHG OF ADDRESS NOTICE/LETTER
20325 N 51ST AVE # H10-176              GLENDALE                   AZ 85308
ADDRESS HISTORY CHANGE DATE: 01312012 SOURCE DOC: CHG OF ADDRESS NOTICE/LETTER
1207 E MAGELLAN DR                      NEW RIVER                  AZ 85087
ADDRESS HISTORY CHANGE DATE: 03292011 SOURCE DOC: CHG OF ADDRESS NOTICE/LETTER
20325 N 51ST AVE # H10-176              GLENDALE                   AZ 85308
MAILING HISTORY CHANGE DATE: 08032010 SOURCE DOC: SERVICEARIZONA TRANSACTION
20325 N 51ST AVE #10-176                GLENDALE                   AZ 85308
ADDRESS HISTORY CHANGE DATE: 08032010 SOURCE DOC: SERVICEARIZONA TRANSACTION
1207 E MAGELLAN DRIVE                   NEW RIVER                  AZ 85087
******************************* END OF PAGE 02 *******************************



 MVR FOR PAST TEN YEARS                             AS OF 08/27/2013
```

```
RUSSELL,JAMES,LONGO                                       RECORD SECTION 03 OF 06
THIS DOCUMENT IS A CERTIFIED DUPLICATE OF THE INFORMATION CONTAINED IN THE
COMPUTER STORAGE DEVICES OF THE DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE
DIVISION, IN ACCORDANCE WITH ARIZONA REVISED STATUTES SECTION 28-444.




ADDRESS HISTORY CHANGE DATE: 08242009 SOURCE DOC: CHG OF ADDRESS NOTICE/LETTER
20325 N 51ST AVE # 10-178              GLENDALE                    AZ 85308
ADDRESS HISTORY CHANGE DATE: 05152009 SOURCE DOC: CHG OF ADDRESS NOTICE/LETTER
1207 E MAGELLAN DR                     NEW RIVER                   AZ 85087
ADDRESS HISTORY CHANGE DATE: 03312009 SOURCE DOC: CHG OF ADDRESS NOTICE/LETTER
20325 N 51ST AVE # 10-176              GLENDALE                    AZ 85308
ADDRESS HISTORY CHANGE DATE: 09052008 SOURCE DOC: SERVICEARIZONA TRANSACTION
1207 E MAGELLAN                        NEW RIVER                   AZ 85087
MAILING HISTORY CHANGE DATE: 07082008 SOURCE DOC: SERVICEARIZONA TRANSACTION
20325 N 51ST AVENUE BLDG 10 STE 176    GLENDALE                    AZ 85308
MAILING HISTORY CHANGE DATE: 07012008 SOURCE DOC: SERVICEARIZONA TRANSACTION
20325 N 51ST AVENUE #10-176            GLENDALE                    AZ 85308
ADDRESS HISTORY CHANGE DATE: 04022007 SOURCE DOC: SERVICEARIZONA TRANSACTION
******************************* END OF PAGE 03 *******************************




 MVR FOR PAST TEN YEARS                                   AS OF 08/27/2013
RUSSELL,JAMES,LONGO                                       RECORD SECTION 04 OF 06
THIS DOCUMENT IS A CERTIFIED DUPLICATE OF THE INFORMATION CONTAINED IN THE
COMPUTER STORAGE DEVICES OF THE DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE
DIVISION, IN ACCORDANCE WITH ARIZONA REVISED STATUTES SECTION 28-444.




1207 E MAGELLAN                        NEW RIVER                   AZ 85087
MAILING HISTORY CHANGE DATE: 04022007 SOURCE DOC: SERVICEARIZONA TRANSACTION
5350 W BELL RD C122613                 GLENDALE                    AZ 85308
ADDRESS HISTORY CHANGE DATE: 10092006 SOURCE DOC: SERVICEARIZONA TRANSACTION
1925 W TANYA TRAIL                     DESERT HILLS                AZ 85086
ADDRESS HISTORY CHANGE DATE: 09122005 SOURCE DOC: SERVICEARIZONA TRANSACTION
1925 W TANYA RD                        PHOENIX                     AZ 85086
ADDRESS HISTORY CHANGE DATE: 06302005 SOURCE DOC: CHG OF ADDRESS NOTICE/LETTER
1925 W TANYA TRAIL                     DESERT HILLS                AZ 85086
ADDRESS HISTORY CHANGE DATE: 02181999 SOURCE DOC: APPLICATION
3060 W JOY RANCH RD                    PHOENIX                     AZ 85086

                 NO ADDITIONAL PERMITS, AND/OR ID'S ON RECORD
******************************* END OF PAGE 04 *******************************




 MVR FOR PAST TEN YEARS                                   AS OF 08/27/2013
RUSSELL,JAMES,LONGO                                       RECORD SECTION 05 OF 06
THIS DOCUMENT IS A CERTIFIED DUPLICATE OF THE INFORMATION CONTAINED IN THE
COMPUTER STORAGE DEVICES OF THE DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE
```

DIVISION, IN ACCORDANCE WITH ARIZONA REVISED STATUTES SECTION 28-444.

```
ACT DATE VIOL CODE         D E S C R I P T I O N

CLASS  ST  ISSUE DATE   PREVIOUS LICENSE           EXP DATE
  D    AZ   06302004    B13872450                  05222035
  D    AZ   02181999    B13872450                  05222035
  D    AZ   02181999    B13872450                  05222030
  D    AZ   07111996    B13872450                  05222030


07021998 28-3473A  DRIVING WHILE LICENSE SUSPENDED/REVOKED/CANCELED
                   PLEA OF GUILTY OR RESPONSIBLE; SENTENCE IMPOSED  07281998
                   LOC: MARICOPA   FINE:    0.00 CRT: 0711    LSP/ASP 40/063
                   DOCKET: TR9801911C  PLT#: YGJ833      AZ
07122000 28-2153A  VIOLATION OF REGISTRATION LAWS/NO CURRENT REGISTRATION
******************************* END OF PAGE 05 *******************************
```

```
 MVR FOR PAST TEN YEARS                              AS OF 08/27/2013
RUSSELL,JAMES,LONGO                               RECORD SECTION 06 OF 06
THIS DOCUMENT IS A CERTIFIED DUPLICATE OF THE INFORMATION CONTAINED IN THE
COMPUTER STORAGE DEVICES OF THE DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE
DIVISION, IN ACCORDANCE WITH ARIZONA REVISED STATUTES SECTION 28-444.



ACT DATE VIOL CODE         D E S C R I P T I O N
                   PLEA OF GUILTY OR RESPONSIBLE; SENTENCE IMPOSED  08212000
                   LOC: MARICOPA   FINE:    0.00 CRT: 0742    LSP/ASP 55/069
                   DOCKET: 200001789  PLT#: MAF870      AZ  FORD
03092003 28-701A   REASONABLE AND PRUDENT SPEED VIOLATION
                   BAIL POSTED AND VOLUNTARILY FORFEITED             04012003
                   LOC: MARICOPA   FINE:    0.00 CRT: 0711    LSP/ASP 65/075
                   DOCKET: TR0301648C  PLT#: 297ANG     AZ  DODGE
08082003 28-956    VIOLATION OF MIRROR REQUIREMENTS
                   BAIL POSTED AND VOLUNTARILY FORFEITED             09162003
                   LOC: YAVAPAI    FINE:    0.00 CRT: 1301    LSP/ASP 75/070
                   DOCKET: TR20033117  PLT#: 848HAY     AZ  GMC
        * * * * * * * * * * * *  END OF RECORD  * * * * * * * * * * *
******************************* END OF PAGE 06 *******************************
```

```
              ARIZONA MOTOR VEHICLE RECORD AS OF 08/27/2013          EEE0313

692YNE  -001  TAB 692YNE  CAT A VIN JN8AF5MR6DT211074         EXP MAR 31 2014
NISS  2013 4DSW VMO       FLP 022390 GVW 000000 MFR APR 2013 FUEL G OD 0000011
OWNER  RUSSELL,J,LONGO                           AND             ACTUAL MILEAGE
       DANIELLE,MARIE,LONGO
M/ADR  3017 W TRAPANOTTO RD                                  PRD
       PHOENIX                 AZ 850862137    CO 07         FNED
S/ADR  3017 W TRAPANOTTO RD                                  V/COLOR1  WHI
       PHOENIX                 AZ 850862137       07         V/COLOR2  WHI
COMMENTS

TITLE NO 22E1013095066 ST AZ DATE         FILM N09522E142
LIEN1 NMAC                                DT 03172013 L/S
      ADR PO BOX 254648     SACRAMENTO         CA 958654648
LIEN2 NONE                                DT            L/S
  ADR
LIEN3 NONE                                DT            L/S
  ADR
SC:
 02-TITLE IN PROCESS      26-OWN,REG,VEH RECORD
```

```
                ARIZONA MOTOR VEHICLE RECORD AS OF 08/27/2013         EEE0313

BBV1620 -001   TAB BBV1620 CAT I VIN 3B7KF23631G181062         EXP APR 15 2014
DODGE 2001 PU   VMO      FLP 025505 GVW 000000 MFR MAY 2000 FUEL D OD 0086000
OWNER   RUSSELL,JAMES,LONGO                                        ACTUAL MILEAGE

M/ADR  3017 W TRAPANOTTO RD                              PRD
       PHOENIX                   AZ 85086      CO 07     FNED
S/ADR                                                    V/COLOR1
                                               00        V/COLOR2
COMMENTS

TITLE NO 125E013155003 ST AZ DATE 06042013  FILM N155125E01
LIEN1 NONE                                    DT       L/S
  ADR
LIEN2 NONE                                    DT       L/S
  ADR
LIEN3 NONE                                    DT       L/S
  ADR
SC:
 25-TTL&REG OWN,VEH RECORD
```

```
              ARIZONA MOTOR VEHICLE RECORD AS OF 08/27/2013         EEE0313

AKMC7Y  -007  TAB AKMC7Y  CAT H VIN 4XAXT9EA7CB451454         EXP FEB 15 2014
POLA  2012 ATV  VMO       FLP 019499 GVW 000000 MFR MAR 2012 FUEL G OD 0000000
OWNER  RUSSELL,JAMES,LONGO

M/ADR  3017 W TRAPANOTTO RD                                  PRD
       PHOENIX                    AZ 85086       CO 07       FNED
S/ADR                                                        V/COLOR1
                                                 00          V/COLOR2
COMMENTS

TITLE NO 0U51012031008 ST AZ DATE 01312012  FILM M0310U5106
LIEN1 NONE                                       DT          L/S
  ADR
LIEN2 NONE                                       DT          L/S
  ADR
LIEN3 NONE                                       DT          L/S
  ADR
SC:
 25-TTL&REG OWN,VEH RECORD
```

```
              ARIZONA MOTOR VEHICLE RECORD AS OF 08/27/2013         EEE0313

ASA5019 -001  TAB ASA5019 CAT A VIN WA1LMAFE5BD010295       EXP JUN 30 2014
AUDI  2011 4DSW VMO Q730  FLP 051450 GVW 000000 MFR JUL 2011 FUEL D OD 0000009
OWNER  DRC INVESTMENTS LLC                         OR            ACTUAL MILEAGE
       RUSSELL,JAMES,LONGO
M/ADR  2340 W PARKSIDE LN STE H109                       PRD
       PHOENIX                  AZ 850271275   CO 07     FNED
S/ADR                                                    V/COLOR1  BLK
                                                  00     V/COLOR2
COMMENTS

TITLE NO 015H011203110 ST AZ DATE        FILM L203015H44
LIEN1 AUDI FINANCIAL SERVICES            DT 06302011 L/S
  ADR 1401 FRANKLIN BLVD     LIBERTYVILLE    IL 60048
LIEN2 NONE                               DT           L/S
  ADR
LIEN3 NONE                               DT           L/S
  ADR
SC:
 02-TITLE IN PROCESS       26-OWN,REG,VEH RECORD


 DFS064 16:23:43 DESTINATION CAN NOT BE FOUND OR CREATED, DEST=STOP
```

# EXHIBIT B

Best Messenger Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702

## IN THE UNITED STATES DISTRICT COURT
## DISCTRICT OF ARIZONA

BMO HARRIS BANK, N.A.,
    Plaintiff,

Vs.

D.R.C. INVESTMENTS, L.L.C., an
Arizona corporation; LONGO CUSTOM
HOMES, LLC, an Arizona corporation;
RUSSELL J. LONGO and PATRICIA
LONGO, husband and wife,
    Defendants.

Case No. 2:13-CV-01692-LOA

Certificate of Attempted Service

Roy Miller, being duly sworn states: That I am qualified to serve process in this cause, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Plaintiff's Rule 7.1 Corporate Disclosure Statement, Consent To Exercise Of Jurisdiction By United States Magistrate Judge, from Jeffrey J. Goulder (Bar No. 010258) of STINSON MORRISON HECKER LLP, on August 19, 2013, and I, personally attempted to serve a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were attempted in Maricopa County.

Service attempted upon Longo Custom Homes, L.L.C., c/o Statutory Agent-Russell James Longo at 20325 N. 51st Avenue, ZBZldg 10 Ste. 176, Glendale, AZ 85308. This is no longer the office for Longo Custom Homes, L.L.C.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: September 03, 2013.

                                                    Roy Miller, Affiant

$ 16.00 Service
$ 78.40 Mileage (26)
$ 10.00 Processing Fee
$104.40 Total

Best Messenger Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702

## IN THE UNITED STATES DISTRICT COURT
## DISCTRICT OF ARIZONA

BMO HARRIS BANK, N.A.,
    Plaintiff,

Vs.

D.R.C. INVESTMENTS, L.L.C., an
Arizona corporation; LONGO CUSTOM
HOMES, LLC, an Arizona corporation;
RUSSELL J. LONGO and PATRICIA
LONGO, husband and wife,
    Defendants.

Case No. 2:13-CV-01692-LOA

Certificate of Attempted Service

Roy Miller, being duly sworn states: That I am qualified to serve process in this cause, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Plaintiff's Rule 7.1 Corporate Disclosure Statement, Consent To Exercise Of Jurisdiction By United States Magistrate Judge, from Jeffrey J. Goulder (Bar No. 010258) of STINSON MORRISON HECKER LLP, on August 19, 2013, and I, personally attempted to serve a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were attempted in Maricopa County.

Service attempted upon D.R.C. Investments, L.L.C., c/o Statutory Agent-Bernard M. Rethmore at 20325 N. 51st Avenue, ZBZldg 10 Ste. 176, Glendale, AZ 85308. This is no longer the office for Bernard M. Rethmore.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: September 03, 2013.

                                                      Roy Miller, Affiant

$ 16.00 Service
$  0.00 Mileage (0)
$ 10.00 Processing Fee
$ 26.00 Total

Best Messenger Service
P.O. Box 1029
Phoenix, Arizona
85001
602-246-7702

## IN THE UNITED STATES DISTRICT COURT
## DISCTRICT OF ARIZONA

BMO HARRIS BANK, N.A.,
    Plaintiff,

Vs.

D.R.C. INVESTMENTS, L.L.C., an
Arizona corporation; LONGO CUSTOM
HOMES, LLC, an Arizona corporation;
RUSSELL J. LONGO and PATRICIA
LONGO, husband and wife,
    Defendants.

Case No. 2:13-CV-01692-LOA

Certificate of Attempted Service

Roy Miller, being duly sworn states: That I am qualified to serve process in this cause, having been so appointed by the Maricopa County Superior Court. I swear under penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Plaintiff's Rule 7.1 Corporate Disclosure Statement, Consent To Exercise Of Jurisdiction By United States Magistrate Judge, from Jeffrey J. Goulder (Bar No. 010258) of STINSON MORRISON HECKER LLP, on August 19, 2013, and I, personally attempted to serve a copy of each document listed above on those named below in the manner and at the time and place shown, and that all services, except where noted, were attempted in Maricopa County.

Service attempted upon Russell J. Longo and Patricia Longo at 1207 E. Magellan Drive, New River, AZ 85087; at this location server spoke with Lorie Anderson who along with Wade Anderson purchased this home from Russell Longo in the spring of 2013. Lorie Anderson had a new address for Russell and Patricia Longo. The new address of 3017 W. Trapanotto Drive, Phoenix, AZ 85086 is also the address Russell Longo lists on his driver's license. Server made attempts at this location on August 22, 2013 at 6:42 p.m., August 24, 2013 at 10:36 a.m., August 25, 2013 at 12:34 p.m., August 27, 2013 at 7:20 p.m., August 29, 2013 at 4:12 p.m. At any of these times there was no answer at the door. There were two vehicles present every time service was attempted at this location. One of the vehicles with Arizona plate number 692-YNE is registered to Russell Longo, the other vehicle is a pickup truck with Montana plates.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: September 03, 2013.

_____
Roy Miller, Affiant

$  16.00 Service
$ 121.60 Mileage (43)
$  91.20 Mileage (38)
$  10.00 Processing Fee
$238.80 Total