## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| BMO HARRIS BANK, N.A., a national banking association,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>D.R.C. INVESTMENTS, L.L.C., an Arizona corporation; LONGO CUSTOM HOMES, LLC, an Arizona corporation; RUSSELL J. LONGO and PATRICIA LONGO, husband and wife,<br><br>　　　　　　　Defendants. | No. 2:13-CV-01692-L<br><br>**[PROPOSED] ORDER AUTHORIZING ALTERNATIVE SERVICE** |

　　　This matter having come before the Court on Plaintiff BMO Harris Bank, N.A.'s ("BMO") Motion for Alternative Service (the "Motion"), and the Court having considered BMO's Motion, the Court finds that personal service of process upon Defendants in this action has proven impracticable.

　　　Based upon the foregoing, and good cause appearing therefor,

　　　**IT IS HEREBY ORDERED** that BMO may serve Defendants in this action by (1) First Class U.S. Mail, and (2) affixing a copy of the Summons, Complaint, and the Order Authorizing Alternative Service to the front door of Russell J. Longo's and Patricia Longo's residence located at 3017 W. Trapanotto Road, Phoenix, Arizona 85086.

　　　**IT IS FURTHER ORDERED** that Plaintiff shall file with the Court satisfactory evidence of mailing and evidence that a copy of the Summons, Complaint, and this Order were affixed to the front door of Defendants' last known residence located at 3017 W. Trapanotto

DB04/0807901.0484/9432310.1

1  Road, Phoenix, Arizona 85086.  The provision of this evidence shall be deemed proof of
2  sufficient evidence that Defendants have been appropriately served with process in this action
3  pursuant to the applicable procedural rules and the law.

DB04/0807901.0484/9432310.1